IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SHERMAN,

    Plaintiff,               2:06-cv-2414-GEB-GGH-P

    vs.

DAVE HENDERSON, former Yolo County District Attorney, et al.,

    Defendants.          <u>ORDER</u>

        /

        On September 24, 2007, plaintiff filed a document entitled "appeal of magistrate's order," construed as a request for reconsideration of the magistrate judge's order filed September 14, 2007, dismissing plaintiff's amended complaint with leave granted to file a second amended complaint. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 14, 2007, is affirmed.

Dated: October 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge