IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SHERMAN,

    Plaintiff,                           No. CIV S-06-2414 GEB GGH P

    vs.

DAVE HENDERSON, former Yolo
County District Attorney, et al.,        ORDER &

    Defendants.                 FINDINGS AND RECOMMENDATIONS

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By Order filed on September 14, 2007, this court dismissed plaintiff's amended complaint with leave to amend within thirty days. On September 24, 2007, plaintiff filed an appeal of the magistrate's order, which was construed as a request for reconsideration of the Sept. 14, 2007, Order; on October 10, 2007, the district judge, upon reconsideration, affirmed the order.

        The Clerk's Office had mistakenly interpreted plaintiff's Sept. 24, 2007, filing as an interlocutory appeal to the Ninth Circuit, and processed an appeal, which the Clerk evidently sought to correct by noting a docket correction. See Docket Entry # 14 and # 15. In any case, the matter was dismissed by the Ninth Circuit for lack of jurisdiction on November 19, 2007, which Order was filed in this court's case docket on December 13, 2007. See Docket Entry # 25.

\\\\

1

On November 27, 2007, plaintiff filed a premature motion for relief from judgment, pursuant to Fed. R. Civ. P. 60(b), which will be disregarded.  Plaintiff has never filed a second amended complaint, pursuant to the Order, filed on September 14, 2007, and the time for doing so has long expired.

Accordingly, IT IS ORDERED that plaintiff's premature and otherwise inapposite Rule 60(b) motion (#26) is disregarded.

IT IS RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 04/14/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
sher2414.ofr