IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SHERMAN,

    Plaintiff,                    No. CIV S-06-2414 GEB GGH P

    vs.

DAVE HENDERSON, former Yolo
County District Attorney, et al.,       ORDER

    Defendants.
_____/

        On May 16, 2008, plaintiff filed a purported Rule 60(b) motion seeking relief from the "judgment of Magistrate's ORDER of 4 Jan. 2008...." This civil rights action was closed on May 9, 2008, upon the order of the district judge. Moreover, there was no order filed on January 4, 2008, according to the docket of this case. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document (# 31) will be disregarded.

        IT IS SO ORDERED.

DATED: 06/10/08

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
sher2414.dis